

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2015

No. 04-15-00272-CV

Kyu Im **ROBINSON**,
Appellant

v.

Jess L. **MAYFIELD**, Trustee, et al,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-07766
Honorable Renee Yanta, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to July 27, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Gay Gueringer                JoAnn Storey
       Richie & Gueringer, P.C.     JoAnn Storey
       112 E Pecan St Ste 1420      1005 Heights Boulevard
       San Antonio, TX 78205-1560  Houston, TX 77008